■ JACK LEICHTNER, Respondent, v BARBARA LEICHTNER, Appellant. [794 NYS2d 440]—

In an action for a divorce and ancillary relief, the defendant appeals, as limited by her brief, from stated portions of a judgment of the Supreme Court, Nassau County (McCabe, J.), entered October 13, 1993, which, inter alia, failed to equitably distribute a portion of the plaintiff's pension to her as marital property.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

Although a pension is normally subject to equitable distribution, the defendant failed to request that the Supreme Court award her a portion of the plaintiff's pension, and no evidence was offered with regard to the plaintiff's pension. Under these circumstances, the Supreme Court properly declined to distribute a portion of the plaintiff's pension to the defendant (*see LeVigne v LeVigne,* 220 AD2d 561, 562 [1995]; *see also Cleary v Cleary,* 171 AD2d 1076 [1991]; *Del Gado v Del Gado,* 129 AD2d 426 [1987]; *Michalek v Michalek,* 114 AD2d 655 [1985]).

The parties' remaining contentions either are without merit or need not be reached in light of our determination. Florio, J.P., Adams, Luciano and Skelos, JJ., concur.